

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/29/2013

| | | |
|---|---|---|
| IN RE: | § | |
| HOUSTON REGIONAL SPORTS NETWORK, L.P. | § | CASE NO: 13-35998 |
| Alleged Debtor. | § | |
| | § | CHAPTER 11 |
| | § | (Involuntary) |

## INITIAL CASE MANAGEMENT ORDER

At 4:15 p.m. on September 30, 2013, the Court will conduct an emergency hearing in this case. At the hearing, the Court will:

1. Consider whether to establish a procedure to determine which documents, if any, may be filed in redacted form. If the Alleged Debtor is present, the Court may immediately consider interim relief with respect to the redaction motion.

2. Consider procedures for determining whether emergency consideration should be given to the emergency motion to appoint an interim chapter 11 trustee.

3. Consider procedures for the hearing on whether to appoint an interim chapter 11 trustee.

The Petitioning Creditors must:

1. Immediately file a Certificate of Service with respect to all pleadings previously filed by the Petitioning Creditors. The Certificate of Service must reflect:

   A. On whom documents were served.
   B. The method of service.
   C. Whether redacted or unredacted documents were served.

2. Immediately serve a copy of this Order and (if not previously served) a copy of all pleadings on (i) the Alleged Debtor; (ii) any attorney known by the Petitioning Creditors to represent the Alleged Debtor; and (iii) the United States Trustee. A Certificate of Service must be filed.

3. File an amended declaration for Mr. Pick so that the docket entry reflects that Mr. Pick (rather than Mr. Davis) is the declarant.

4. Transmit to the Court's Case Manager (Anita Dolezel) unredacted versions of all pleadings and declarations.

SIGNED **September 29, 2013.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE