IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| | : | Chapter 11 |
| HOUSTON REGIONAL SPORTS | : | |
| NETWORK, L.P. | : | |
| Alleged Debtor. | : | Case No.: 13-35998 |
| | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Evelyn Rodriguez, hereby certify that on September 28, 2013 I caused to be served true copies of the following on the parties set forth on the annexed Service List in the manner indicated therein.

- Involuntary Chapter 11 Petition [Dkt. No. 1];

- Emergency Motion To File Redacted Versions Of Motion Of Petitioning Creditors For Appointment Of Interim Chapter 11 Trustee And Supporting Declarations [Dkt. No. 2];

- Emergency Motion Of Petitioning Creditors For Appointment Of Interim Chapter 11 Trustee *[Redacted Version]* [Dkt. No. 3];

- Declaration Of Robert S. Pick In Support Of Petitioning Creditors' Motion For An Order Appointing An Interim Trustee [Dkt. No. 4];

- Declaration Of Jon D. Litner In Support Of Petitioning Creditors' Motion For An Order Appointing An Interim Trustee [Dkt. No. 5]

- Declaration Of Bruce A. Davis In Support Of Petitioning Creditors' Motion For An Order Appointing An Interim Trustee [Dkt. No. 6]; and the

EAST\60180390.1

- Declaration Of John C. Ruth In Support Of Petitioning Creditors' Motion For An Order Appointing An Interim Trustee [Dkt. No. 7].

/s/Evelyn Rodriguez<br>
Evelyn Rodriguez

-3-

**<u>Service List</u>**

| Houston Regional Sports Network, L.P.<br>1201 San Jancinto, Suite 200<br>Houston, Texas 77002<br><br>*(Served Via First Class Mail)* | United States Trustee<br>Office of the US Trustee<br>515 Rusk Avenue, Ste 3516<br>Houston, Texas 77002<br><br>*(Served Via First Class Mail)* |
|---|---|