

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/30/2013

| | | |
|---|---|---|
| IN RE: | § | |
| HOUSTON REGIONAL SPORTS NETWORK, L.P. | § § | CASE NO: 13-35998 |
| Debtor(s) | § § | |
| | § | CHAPTER 11 |

## ORDER

1. With respect to the Petitioning Creditors' Redaction Motion (ECF #2), the Petitioning Creditors must file an amended motion and amended affidavits. The amended motion and affidavits will not be redacted, but may state more generally the issues in dispute. Details will be obtained through the discovery process. The current motion and affidavits will be deemed withdrawn upon the filing of the amended motion and affidavits. The Court will not further review the unredacted versions of the motion or affidavits. The amended documents must be filed not later than October 7, 2013. The withdrawn documents will remain the statements of the person making them for the purposes of evidence in a proceeding or case.

2. The Petitioning Creditors' Motion for Emergency Consideration of their interim trustee motion is denied. Subject to the following paragraph, the interim trustee motion will be considered on October 28, 2013 at 9:00 a.m.

3. Any party seeking a dismissal of the involuntary petition must file a dismissal motion not later than October 7, 2013. The to-be-filed dismissal motions should be self-calendared for hearing for 9:00 a.m. on October 28, 2013. If the Court grants a dismissal motion, the interim trustee motion will not be considered.

4. Discovery is open on the interim trustee motion and on the to-be-filed motions to dismiss. The parties must agree on an expedited discovery schedule for discovery responses and for depositions. If a dispute arises over the schedule, the dispute will be considered on an emergency basis.

5. Any discovery disputes arising during a deposition must immediately be brought to the attention of the Court's Case Manager, if a party determines that the failure to resolve the dispute might delay these proceedings.

SIGNED **September 30, 2013.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE