IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 (Involuntary) |
| | § | |
| | § | |
| HOUSTON REGIONAL SPORTS | § | Case No. 13-35998 |
| NETWORK, L.P. | § | |
| | § | |
| | § | |
| | § | |
| Alleged Debtor | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Houston Rockets (the "Rockets"), a party-in-interest in the above-referenced case (the "Case"), hereby appears by and through its attorneys and requests, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in this Case be also given to and served on:

> Alan S. Gover, Esq.
> White & Case LLP
> 1155 Avenue of the Americas
> New York, New York 10036-2787
> Telephone:   (212) 819-8200
> Facsimile:    (212) 354-8113
> E-mail:         agover@whitecase.com
>
>         -and-
>
> Roberto J. Kampfner, Esq.
> White & Case LLP
> 633 West Fifth Street, Suite 1900
> Los Angeles, CA 90071-2007
> Telephone:   (213) 620-7729
> Facsimile:    (213) 452-2329
> E-mail:         rkampfner@whitecase.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers references in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (1) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in this Case, (2) affects, or seeks to affect (a) the above-captioned Alleged Debtor and/or its estate or (b) property or proceeds thereof in the possession, custody, or control of others that the Alleged Debtor or its estate may seek to use; or (3) requires or seeks to require any act, delivery of any property, payment or other conduct by the Rockets.

**PLEASE TAKE FURTHER NOTICE** that the Rockets do not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance constitutes a waiver of any of its respective rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in this Case, or any controversy or proceeding related to this Case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs or recoupments to which the Rockets are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments the Rockets expressly reserve.

*[Remainder of page intentionally left blank]*

Dated: New York, New York
October 2, 2013

        By: */s/Alan S. Gover*
            Alan S. Gover, Esq.
            Attorney-In-Charge
            State Bar No. 08235700
            S.D. Tex. Bar No. 2173
            White & Case LLP
            1155 Avenue of the Americas
            New York, New York 10036-2787
            Telephone:   (212) 819-8595
            Facsimile:    (212) 354-8113

                    -and-

            Roberto J. Kampfner, Esq.
            White & Case LLP
            633 West Fifth Street, Suite 1900
            Los Angeles, CA 90071-2007
            Telephone:   (213) 620-7729
            Facsimile:    (213) 452-2329
            E-mail:       rkampfner@whitecase.com