UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 13-35998 |
|---|---|---|---|
| Debtor | In Re: | HOUSTON REGIONAL SPORTS NETWORK, L.P. | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Dana M. Seshens |
| Firm | DAVIS POLK &WARDWELL LLP |
| Street | 450 Lexington Avenue |
| City & Zip Code | New York, NY 10017 |
| Telephone | (212) 450-4000 |
| Licensed: State & Number | New York, Bar No. 4148128 |

Seeks to appear as the attorney for this party:

| Houston SportsNet Finance, LLC; Comcast Sports Management Services, LLC; National Digital Television Center, LLC; and Comcast SportsNet California, LLC ||
|---|---|
| Dated:  October 2, 2013 | Signed:  /s/ Dana M. Seshens |

| COURT USE ONLY:  The applicant's state bar reports their status as:  _____. ||
|---|---|
| Dated: | Signed:  _____ Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated:  _____                             _____
                                               United States Bankruptcy Judge

EAST\60414405.1