# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| HOUSTON REGIONAL SPORTS ) | Chapter 11 |
| NETWORK, L.P. ) | |
| ) | Case No. 13-35998 |
| Alleged Debtor. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Astros HRSN GP Holdings LLC and Astros HRSN LP Holdings LLC ("Astros"), a party-in-interest in the above-referenced case (the "Case"), hereby appears by and through its attorneys and requests, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in this Case be also given to and served on:

> Paul M. Basta, P.C.
> Marc Kieselstein, P.C.
> David Meyer
> KIRKLAND & ELLIS LLP
> 601 Lexington Avenue
> New York, New York 10022
> Telephone: (212) 446-4800
> Facsimile: (212) 446-4900
> paul.basta@kirkland.com
> marc.kieselstein@kirkland.com
> david.meyer@kirkland.com

Jeffrey S. Powell
Thomas A. Clare, P.C.
Elizabeth M. Locke
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.powell@kirkland.com
thomas.clare@kirkland.com
elizabeth.locke@kirkland.com

-and-

Harry A. Perrin
Duston K. McFaul
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Telephone: (713) 758-2222
Facsimile: (713) 615-5016
hperrin@velaw.com
dmcfaul@velaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers references in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (1) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in this Case, (2) affects, or seeks to affect (a) the above-captioned Alleged Debtor and/or its estate or (b) property or proceeds thereof in the possession, custody, or control of others that the Alleged

Debtor or its estate may seek to use; or (3) requires or seeks to require any act, delivery of any property, payment or other conduct by the Astros.

**PLEASE TAKE FURTHER NOTICE** that the Astros do not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance constitutes a waiver of any of its respective rights: (i) to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in this Case, or any controversy or proceeding related to this Case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs or recoupments to which the Astros are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments the Astros expressly reserve.

*[Remainder of page intentionally left blank]*

Dated:  October 3, 2013

/s/ Duston K. McFaul
Harry A. Perrin
Duston K. McFaul
VINSON  & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Telephone: (713) 758-2222
Facsimile:  (713) 615-5016
hperrin@velaw.com
dmcfaul@velaw.com

Paul M. Basta, P.C. (*pro hac vice*)
Marc Kieselstein, P.C. (*pro hac vice*)
David S. Meyer  (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
paul.basta@kirkland.com
marc.kieselstein@kirkland.com
david.meyer@kirkland.com

Jeffrey S. Powell (*pro hac vice*)
Thomas A. Clare, P.C. (*pro hac vice*)
Elizabeth M. Locke (*pro hac vice)*
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile:  (202) 879-5200
jeffrey.powell@kirkland.com
thomas.clare@kirkland.com
elizabeth.locke@kirkland.com

*Counsel for Astros HRSN GP Holdings LLC and Astros HRSN LP Holdings LLC*