


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/08/2013

| | | |
|---|---|---|
| IN RE: | § | |
| HOUSTON REGIONAL SPORTS NETWORK, L.P. | § § § | CASE NO: 13-35998 |
| Alleged Debtor. | § § § § | CHAPTER 11 (Involuntary) |

### INITIAL ORDER ON ASTROS' MOTION TO SEAL

1. Responses to the Motion to Seal must be filed not later than October 14, 2013 at 5:00 p.m.

2. The Astros must file an amended Certificate of Service. The amended Certificate must specify whether the unredacted version of the motion has been served on the Alleged Debtor, the Petitioning Creditors and the Rockets.

3. Redactions, if permitted, must be narrowly tailored. The Court requires an explanation as to why these redactions from the text of the motion to dismiss should be permitted:

    A. The redaction on page 2.
    B. The redactions on the bottom of page 5 through the top of page 6.
    C. The third and fourth bullet points on page 6.
    D. The redactions in the last sentence of the first full paragraph on page 9
    E. The redactions on page 13.
    F. The redaction on page 14.
    G. The redactions on page 16.
    H. The redaction on page 17.
    I. The redaction on page 32.

4. The Court will not consider the exhibits without an evidentiary hearing. Accordingly, the Astros are granted leave to file the motion, without the exhibits. The exhibits may be offered at an evidentiary hearing, and the Court will consider appropriate confidentiality restrictions at that time.

5.     Pending a final decision on the Motion to Seal, the Clerk is ordered to temporarily seal the unredacted motion to dismiss and the unredacted exhibits.

SIGNED **October 8, 2013.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE