

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/10/2013

| | |
|---|---|
| IN RE: § | |
| HOUSTON REGIONAL SPORTS § | CASE NO: 13-35998 |
| NETWORK, L.P. § | |
|    Debtor(s) § | |
| § | CHAPTER 11 |

## ORDER SEALING DOCUMENTS

    The unredacted version of the Motion to Dismiss filed by the Astros (and amended on October 10, 2013) is sealed.  The Clerk is directed to return the exhibits to counsel to the Atros, unfiled.  Counsel to the Astros should contact Ms. Dolezel to arrange for their retrieval.

    SIGNED **October 10, 2013.**

                                                          Marvin Isgur
                                   UNITED STATES BANKRUPTCY JUDGE