**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HOUSTON REGIONAL SPORTS | ) | Chapter 11 |
| NETWORK, L.P. | ) | |
| | ) | Case No. 13-35998 |
| Alleged Debtor. | ) | |
| | ) | |
| | ) | |

---

**HOUSTON ASTROS' MOTION TO SEAL**

---

Houston Astros, LLC, Astros HRSN GP Holdings LLC, and Astros HRSN LP Holdings LLC (collectively the "Astros") move for leave to redact certain information from the publicly filed version of their Reply in Support of the Houston Astros' Motion to Dismiss Involuntary Petition for Chapter 11.  In support hereof, the Astros respectfully state as follows:

1.     On September 27, 2013, Houston SportsNet Finance, LLC; Comcast Sports Management Services, LLC; National Digital Television Center, LLC; and Comcast SportsNet California, LLC (collectively the "Petitioning Creditors") filed an Involuntary Petition under chapter 11 of the Bankruptcy Code against Houston Regional Sports Network, L.P. (the "Alleged Debtor" or "Network").  Sept. 27, 2013 Involuntary Pet. [Dkt. 1].

2.     On October 7, 2013, the Astros filed a Motion to Dismiss the Involuntary Petition. Oct. 7, 2013 Mot. to Dismiss [Dkt. 64].

3.     On October 16, 2013, the parties filed a Stipulation and Order Governing the Production and/or Disclosure of Confidential Discovery Materials [Dkt. 97].

4.     On October 24, 2013, the Astros will file a Reply in Support of their Motion to Dismiss, which contains commercially sensitive and competitive terms from the Astros' Media

Rights Agreement.  Accordingly, the Astros request that the Court authorize, pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, confidential treatment for such commercially sensitive information.

5.     In addition, the Reply will contain information from deposition transcripts and documents that the Petitioning Creditors designated as "Confidential" or "Highly Confidential" pursuant to the protective order.  The Astros redacted such information out of an abundance of caution, in an effort to respect the Petitioning Creditors' confidentiality designations.  The Astros take no position as to whether the materials designated by the Petitioning Creditors should be maintained under seal.

Dated:  October 24, 2013

*/s/  Elizabeth M. Locke*

| | |
|---|---|
| Harry A. Perrin | Paul M. Basta, P.C. (*pro hac vice*) |
| Duston K. McFaul | Marc Kieselstein, P.C. (*pro hac vice*) |
| VINSON & ELKINS LLP | David S. Meyer (*pro hac vice*) |
| 1001 Fannin Suite 2500 | KIRKLAND & ELLIS LLP |
| Houston, Texas 77002 | 601 Lexington Avenue |
| Telephone: (713) 758-2548 | New York, New York 10022 |
| Facsimile:  (713) 615-5016 | Telephone:  (212) 446-4800 |
| hperrin@velaw.com | Facsimile:  (212) 446-4900 |
| dmcfaul@velaw.com | paul.basta@kirkland.com |
| | marc.kieselstein@kirkland.com |
| | david.meyer@kirkland.com |

Jeffrey S. Powell (*pro hac vice*)
Thomas A. Clare, P.C. (*pro hac vice*)
Elizabeth M. Locke (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile:  (202) 879-5200
jeff.powell@kirkland.com
thomas.clare@kirkland.com
elizabeth.locke@kirkland.com

*Counsel for Houston Astros, LLC, Astros HRSN GP Holdings LLC and Astros HRSN LP Holdings LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate hard copy of the foregoing Astros' Motion to Seal was filed with the Clerk of the Court on this 24th day of October 2013.  Notice of this filing is being sent to all parties listed below:

**Electronic Mail:**

Howard M. Shapiro
Craig Goldblatt
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363
howard.shapiro@wilmerhale.com
craig.goldblatt@wilmerhale.com

*Counsel for Petitioning Creditors*

George W. Shuster, Jr.
Sanket J. Bulsara
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile:  (212) 230-8888
george.shuster@wilmerhale.com
sanket.bulsara@wilmerhale.com

*Counsel for Petitioning Creditors*

Timothy Graulich
Dana M. Seshens
Arthur J. Burke
DAVIS POLK &WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5352
timothy.graulich@davispolk.com
dana.seshens@davispolk.com
arthur.burke@davispolk.com

*Counsel for Petitioning Creditors*

Vincent P. Slusher
DLA PIPER
1717 Main Street
Suite 4600
Dallas, Texas 75201-4629
Telephone: (214) 743-4500
Facsimile:  (972) 813-6267
vince.slusher@dlapiper.com

*Counsel for Petitioning Creditors*

Alan S. Gover
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
agover@whitecase.com

*Counsel for Houston Rockets*

Roberto J. Kampfner, Esq.
White & Case LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Telephone: (213) 620-7729
Facsimile:  (213) 452-2329
rkampfner@whitecase.com

*Counsel for Houston Rockets*

Michael D. Warner
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile:  (817) 810-5255
mwarner@coleschotz.com

*Counsel for Creditor Game Creek Video, LLC*

**US Mail:**
Houston Regional Sports Network, L.P.
  d/b/a Octane Sports, LP
c/o its Registered Agent CT Corporation
System
350 N. St. Paul Street, Suite 2900
Dallas, Texas 75201

*Alleged Debtor*

Douglas K. Mayer
WACHTELL LIPTON, ROSEN & KATZ
51 West 52nd Street,
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
DKMayer@wlrk.com

*Counsel for Rocket Ball Ltd.*

Office of the US Trustee
515 Rusk Ave
Suite 3516
Houston, TX 77002
Telephone:  (713) 718-4650

*U.S. Trustee*

Christopher J. Panos
CRAIG AND MACAULEY, PC
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 367-9500
Facsimile:  (617) 742-1788
panos@craigmacauley.com

*Counsel for Creditor Game Creek Video, LLC*

**US Mail:**
Houston Regional Sports Network, L.P.
  d/b/a Octane Sports, LP
1201 San Jacinto, Suite 200
Houston, Texas 77002
Fax No. (713) 457-9105
Email: legal@comcastsportsnet.com

*Alleged Debtor*

*/s/  Elizabeth M. Locke*
Elizabeth M. Locke (*pro hac vice*)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HOUSTON REGIONAL SPORTS | ) | Chapter 11 |
| NETWORK, L.P. | ) | |
| | ) | Case No. 13-35998 |
| Alleged Debtor. | ) | |
| | ) | |
| | ) | |

**ORDER REGARDING ASTROS' MOTION TO SEAL**

Upon consideration, the October 24, 2013 Motion to Seal filed by Houston Astros, LLC, Astros HRSN GP Holdings LLC, and Astros HRSN LP Holdings LLC (collectively the "Astros") is hereby:

_____ **GRANTED**, as to both the commercially sensitive terms from the Astros' Media Rights Agreement and the information designated as "confidential" or "highly confidential" by the Petitioning Creditors

_____ **GRANTED**, as to the commercially sensitive terms from the Astros' Media Rights Agreement and **DENIED** as to the information designated as "confidential" or "highly confidential" by the Petitioning Creditors

_____ **DENIED**

SIGNED this \_\_\_ day of October, 2013

_____
Marvin Isgur
United States Bankruptcy Judge