

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/25/2013

| | |
|---|---|
| IN RE: § | |
| HOUSTON REGIONAL SPORTS § | CASE NO: 13-35998 |
| NETWORK, L.P. § | |
|    Debtor(s) § | |
| § | CHAPTER 11 |

## ORDER DENYING, IN PART, MOTION TO SEAL

The Astros' Motion to Seal (ECF#114) is denied, in part, and granted, in part.

The second redaction on page 17 is permitted.

The balance of the redactions are not permitted.

Any party seeking to seal any other portion of the Astros pleading filed at ECF #115 must file their motion prior to the hearing scheduled for October 28, 2013. At the commencement of the hearing, the Court will rule on any such motion to seal. The Astros should be prepared to file a new public version of the pleading, but only after the Court's October 28, 2013 ruling.

SIGNED **October 25, 2013.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE