IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

ENTERED
11/21/2013

| | |
|---|---|
| In re: | : |
| | : |
| | : Chapter 11 |
| HOUSTON REGIONAL SPORTS | : |
| NETWORK, L.P. | : |
| Alleged Debtor. | : Case No.: 13-35998 |
| | : |
| | : |

## ORDER GRANTING PETITIONING CREDITORS' AMENDED MOTION TO SEAL EXHIBITS CONTAINING CONFIDENTIAL RATE INFORMATION

Upon consideration, the Amended Motion to Seal Exhibits Containing Confidential Rate Information [Dkt. No. 154] filed by Houston SportsNet Finance, LLC, Comcast Sports Management Services, LLC, National Digital Television Center, LLC, and Comcast SportsNet California, LLC (collectively, the "**Petitioning Creditors**") is hereby GRANTED. It is hereby ORDERED that:

The exhibits admitted as evidence during the hearing held before the Court on October 28 and 29, 2013 listed on Exhibit A hereto (collectively the "**Confidential Exhibits**") contain trade secrets or otherwise comprise the confidential research, development, or commercial information of the Alleged Debtor; and

Petitioning Creditors shall provide the Court with new binders containing copies of the Joint Exhibits, the Petitioning Creditors' Exhibits and the Astros' Exhibits, each with the Confidential Exhibits redacted to conceal rate-related information (collectively the "**Redacted Binders**"); and

Only the redacted versions of such Confidential Exhibits provided to the Court in the Redacted Binders shall be made publically available; and

WEST\245244887.1

Any unredacted copies of the Confidential Exhibits in the Court's possession are hereby sealed.

SIGNED this 21 day of November, 2013

Marvin Isgur
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: | : |
| | : |
| | : Chapter 11 |
| HOUSTON REGIONAL SPORTS | : |
| NETWORK, L.P. | : |
|     Alleged Debtor. | : Case No.: 13-35998 |
| | : |
| | : |

**EXHBIT A TO ORDER GRANTING PETITIONING CREDITORS'
AMENDED MOTION TO SEAL EXHIBITS CONTAINING
CONFIDENTIAL RATE INFORMATION**

| **EXHIBIT NO.** | **BATES LABEL** |
|---|---|
| Joint Exhibit 6 | ASTROS00000592-645 |
| Joint Exhibit 11 | PET.CREDS00006776-81 |
| Joint Exhibit 12 | PET.CREDS00000082-87 |
| Joint Exhibit 14 | PET.CREDS00004349-51 |
| Joint Exhibit 15 | PET.CREDS00001621-25 |
| Joint Exhibit 42 | PET.CREDS00000046-50 |
| Joint Exhibit 43 | PET.CREDS00006470-84 |
| Joint Exhibit 44 | ASTROS00006225-40 |
| PCX-001 | PET.CREDS00006186-87 |
| PCX-013 | PET.CREDS00006991-97 |
| PCX-014 | PET.CREDS00006987-88 |
| PCX-015 | PET.CREDS00006790-97 |
| PCX-017 | PET.CREDS00007035-42 |
| PCX-019 | PET.CREDS00006764-68 |

WEST\245225733.1

| **EXHIBIT NO.** | **BATES LABEL** |
|---|---|
| PCX-020 | PET.CREDS0000007-10 |
| PCX-023 | PET.CREDS00006738-42 |
| PCX-031 | PET.CREDS00004352-56 |
| PCX-044 | PET.CREDS00002239-43 |
| PCX-052 | PET.CREDS00000046-50 |
| PCX-053 | ASTROS00006279-87 |
| PCX-085 | ASTROS00000592-645 |
| PCX-086 | PET.CREDS00005727-36 |
| PCX-095 | PET.CREDS00001707-29 |
| PCX-106 | PET.CREDS00004473-75 |
| PCX-108 | ASTROS00005771 |
| Astros Exhibit 3 | ASTROS00000011-21 |
| Astros Exhibit 5 | ASTROS00006091 |
| Astros Exhibit 6 | PET.CREDS00000088-91 |
| Astros Exhibit 7 | PET.CREDS00000092-95 |
| Astros Exhibit 8 | PET.CREDS00000802-05 |
| Astros Exhibit 9 | PET.CREDS00006597-605 |
| Astros Exhibit 10 | PET.CREDS00000762-65 |
| Astros Exhibit 13 | PET.CREDS00006528-31 |
| Astros Exhibit 14 | PET.CREDS00000055-61 |
| Astros Exhibit 16 | PET.CREDS00000026-31 |
| Astros Exhibit 17 | PET.CREDS00006606-12 |
| Astros Exhibit 20 | PET.CREDS00004548-51 |

| EXHIBIT NO. | BATES LABEL |
|---|---|
| Astros Exhibit 21 | PET.CREDS00001527-43 |
| Astros Exhibit 22 | PET.CREDS00004604 |
| Astros Exhibit 25 | PET.CREDS00005809-16 |
| Astros Exhibit 26 | PET.CREDS00003735-40 |
| Astros Exhibit 27 | ASTROS00001479-81 |
| Astros Exhibit 28 | PET.CREDS00003721-24 |
| Astros Exhibit 29 | PET.CREDS00001660-62 |
| Astros Exhibit 30 | ASTROS00009159-63 |
| Astros Exhibit 31 | PET.CREDS00001582-92 |
| Astros Exhibit 32 | PET.CREDS00001593-603 |
| Astros Exhibit 40 | ASTROS00001201 |
| Astros Exhibit 47 | PET.CREDS00001521-26 |
| Astros Exhibit 73 | ASTROS00004320 |