**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HOUSTON REGIONAL SPORTS | ) | Chapter 11 |
| NETWORK, L.P. | ) | |
| | ) | Case No. 13-35998 |
| Alleged Debtor. | ) | |
| | ) | |

**HOUSTON ASTROS' MOTION TO SEAL**

Houston Astros, LLC, Astros HRSN GP Holdings LLC, and Astros HRSN LP Holdings LLC (collectively the "Astros") move for leave to redact certain information from the publicly filed version of the Closing Brief in Support of Its Motion to Dismiss.  In support hereof, the Astros respectfully state as follows:

1.       On September 27, 2013, Houston SportsNet Finance, LLC; Comcast Sports Management Services, LLC; National Digital Television Center, LLC; and Comcast SportsNet California, LLC (collectively the "Petitioning Creditors") filed an Involuntary Petition under chapter 11 of the Bankruptcy Code against Houston Regional Sports Network, L.P. (the "Alleged Debtor" or "Network").  Sept. 27, 2013 Involuntary Pet. [Dkt. 1].

2.       On October 7, 2013, the Astros filed a Motion to Dismiss the Involuntary Petition. Oct. 7, 2013 Mot. to Dismiss [Dkt. 64].

3.       On January 31, 2014 the court entered the parties Amended Stipulation and Order Governing the Production and/or Disclosure of Confidential Discovery Materials [Dkt. 198].

4.       On January 31, 2014, the Astros will file a Closing Brief in Support of Its Motion to Dismiss, which contains sensitive information from a deposition transcript that the Rockets designated as "Highly Confidential" pursuant to the protective order, and which the Rockets

requested be filed under seal.  The Astros take no position as to whether the materials designated by the Rockets should be maintained under seal.


 Dated:  January 31, 2014

 /s/ Paul M. Basta
_____

| | |
|---|---|
| Harry A. Perrin | Paul M. Basta, P.C. (*pro hac vice*) |
| Duston K. McFaul | Marc Kieselstein, P.C. (*pro hac vice*) |
| VINSON & ELKINS LLP | David S. Meyer (*pro hac vice*) |
| 1001 Fannin Suite 2500 | KIRKLAND & ELLIS LLP |
| Houston, Texas 77002 | 601 Lexington Avenue |
| Telephone: (713) 758-2548 | New York, New York 10022 |
| Facsimile:  (713) 615-5016 | Telephone:  (212) 446-4800 |
| hperrin@velaw.com | Facsimile:  (212) 446-4900 |
| dmcfaul@velaw.com | paul.basta@kirkland.com |
| | marc.kieselstein@kirkland.com |
| | david.meyer@kirkland.com |
| | |
| | Jeffrey S. Powell (*pro hac vice*) |
| | Thomas A. Clare, P.C. (*pro hac vice*) |
| | John C. O'Quinn |
| | Judson D. Brown (*pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| | 655 Fifteenth Street, N.W. |
| | Washington, D.C. 20005 |
| | Telephone: (202) 879-5000 |
| | Facsimile:  (202) 879-5200 |
| | jeff.powell@kirkland.com |
| | thomas.clare@kirkland.com |
| | john.oquinn@kirkland.com |
| | judson.brown@kirkland.com |

*Counsel for Houston Astros, LLC, Astros HRSN GP Holdings LLC and Astros HRSN LP Holdings LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Astros' Motion to Seal was filed with the Clerk of the Court on this 31st day of January 2014.  Notice of this filing is being served via ECF system on all parties except those listed below:

| | |
|---|---|
| **US Mail:** | **US Mail:** |
| Houston Regional Sports Network, L.P. | Houston Regional Sports Network, L.P. |
|   d/b/a Octane Sports, LP |   d/b/a Octane Sports, LP |
| c/o its Registered Agent CT Corporation | 1201 San Jacinto, Suite 200 |
| System | Houston, Texas 77002 |
| 350 N. St. Paul Street, Suite 2900 | Fax No. (713) 457-9105 |
| Dallas, Texas 75201 | Email: legal@comcastsportsnet.com |
| | |
| *Alleged Debtor* | *Alleged Debtor* |

*/s/  Paul M. Basta*
_____
Paul M. Basta (*pro hac vice*)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| HOUSTON REGIONAL SPORTS | )    Chapter 11 |
| NETWORK, L.P. | ) |
| | )    Case No. 13-35998 |
|      Alleged Debtor. | ) |
| | ) |
| | ) |

**ORDER REGARDING ASTROS' MOTION TO SEAL**

Upon consideration, the January 31, 2014 Motion to Seal filed by Houston Astros, LLC, Astros HRSN GP Holdings LLC, and Astros HRSN LP Holdings LLC (collectively the "Astros") is hereby:

_____ **GRANTED**, as to both the commercially sensitive terms from the Astros' Media Rights Agreement and the information designated as "confidential" or "highly confidential" by the Petitioning Creditors

_____ **GRANTED**, as to the commercially sensitive terms from the Astros' Media Rights Agreement and **DENIED** as to the information designated as "confidential" or "highly confidential" by the Petitioning Creditors

_____ **DENIED**

SIGNED this ___ day of January 2014

_____
Marvin Isgur
United States Bankruptcy Judge