

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/07/2014

In re: )
)
HOUSTON REGIONAL SPORTS ) Chapter 11
NETWORK, L.P. )
) Case No. 13-35998
Alleged Debtor. )
)
)

## ORDER REGARDING ASTROS' MOTION TO SEAL

Upon consideration, the January 31, 2014 Motion to Seal filed by Houston Astros, LLC, Astros HRSN GP Holdings LLC, and Astros HRSN LP Holdings LLC (collectively the "Astros") is hereby:

_____ **GRANTED**, as to both the commercially sensitive terms from the Astros' Media Rights Agreement and the information designated as "confidential" or "highly confidential" by the Petitioning Creditors

_____ **GRANTED**, as to the commercially sensitive terms from the Astros' Media Rights Agreement and **DENIED** as to the information designated as "confidential" or "highly confidential" by the Petitioning Creditors

  X   **DENIED**

SIGNED this 7 day of February 2014

Marvin Isgur
United States Bankruptcy Judge