**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

**ENTERED
07/28/2014**

| | |
|---|---|
| In re: | : |
| | : |
| | : Chapter 11 |
| HOUSTON REGIONAL SPORTS | : |
| NETWORK, L.P. | : |
| Debtor. | : Case No.: 13-35998 |
| | : |
| | : |
| | : |

## ORDER GRANTING COMCAST'S EMERGENCY MOTION TO FILE UNDER SEAL

Upon consideration, the Emergency Motion To File Under Seal [Dkt. No. 456] filed by Houston SportsNet Finance, LLC, Comcast Sports Management Services, LLC, National Digital Television Center, LLC, and Comcast SportsNet California, LLC (collectively, "**Comcast**") is hereby GRANTED. It is hereby ORDERED that:

The Emergency Motion For An Order Protecting The Comcast-Appointed Directors Of The Debtor's General Partner From The Teams' And Potential Purchaser's Abuse Of Bankruptcy Process In View Of Directors' Fiduciary Roles (the "**Emergency Motion**") contains the confidential commercial information of the Debtor; and

Comcast will provide the Court with a copy of the Emergency Motion; and

Any copies of the Emergency Motion in the Court's possession are hereby sealed.

SIGNED this 28 day of July, 2014

Marvin Isgur
United States Bankruptcy Judge