

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/07/2014

| | | |
|---|---|---|
| IN RE: | § | |
| HOUSTON REGIONAL SPORTS | § | CASE NO: 13-35998 |
| NETWORK, L.P. | § | |
|     Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

To the debtor, its creditors, and other parties in interest:

A disclosure statement and a plan under chapter 11 of the Bankruptcy Code having been filed by the Debtor, Rocket Ball, Ltd., and Houston Astros, LLC on August 6, 2014, it is ordered and notice is hereby given, that:

1. The hearing to consider the approval of the disclosure statement shall be held at the United States Courthouse, Houston, Texas, on September 4, 2014 at 9:00 a.m.

2. August 28, 2014 is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P. 3017(a) written objections to the disclosure statement, as filed on August 6, 2014.

3. Not later than August 28, 2014, the proponents must supplement the proposed disclosure statement with:

    A. A statement of the value of the Comcast collateral; and

    B. A statement setting forth the basis for the valuation of the Comcast collateral.

4. September 3, 2014 at 10:00 a.m. is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P. 3017(a) written objections to the supplementation required by paragraph 3 of this Order.

5. Within 1 day after entry of this order, the disclosure statement and plan shall be distributed in accordance with Fed. R. Bankr. P. 3017(a).

6. Requests for copies of the disclosure statement and plan shall be mailed to Charles A Beckham Jr., Haynes & Boone, 1221 McKinney Street, Suite 2100, Houston, TX 77010.

SIGNED **August 7, 2014.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE