**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-35998 |
| | § | |
| HOUSTON REGIONAL SPORTS | § | |
| NETWORK, L.P. | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE
OF BALLOTS AND SOLICITATION PACKAGES**

STATE OF TEXAS     :
                          :
COUNTY OF HARRIS  :

LUIS SALAZAR, being duly sworn, deposes and says:

1. I am employed as Operations Manager by Equivalent Data ("EQD") located at 1001 McKinney Street, Suite 950, Houston, Texas 77002.  I am over the age of eighteen years and am not a party to the above-captioned chapter 11 case.

2. On September 18, 2014, I caused to be served the following:

    **A. Pleadings served on all parties on the attached Exhibit A**:

    1.    Order (A) Approving the Disclosure Statement, (B) Scheduling a Hearing to Consider Confirmation of the Plan, (C) Establishing Voting, Objection and Other Confirmation Related Deadlines,  and (D) Approving  Forms of Ballots and Solicitation Procedures (the "Disclosure Statement Order") [Docket 526];

    2.    Second Amended Disclosure Statement Relating to the Amended Chapter 11 Plan Dated September 4, 2014 in Respect of Houston Regional Sports Network, L.P. (the "Disclosure Statement") [Docket No. 529] with all exhibits;

    3.    Amended Chapter 11 Plan of Reorganization dated September 4, 2014 in Respect of Houston Regional Sports Network, L.P. (the "Plan") [Docket No. 528] with all exhibits;

    4.    Notice of (1) Establishment of Voting Record Date of September 4, 2014 Pursuant to Rules 3017(d) and 3018(a) of the Federal Rules Of Bankruptcy Procedure; (2) Hearing Date to Consider Confirmation of the

Plan; (3) Deadline for Filing Objections to the Plan; and (4) Deadline for Submitting Ballots to Accept or Reject the Plan (the "Notice of Confirmation Hearing") [Docket No. 535];

5.     Class 4 and Class 5 ballots in substantially the form attached as Exhibit B to the Disclosure Statement Order; and

6.     A business-sized envelope addressed to the Balloting Agent for use by the claimant to return an executed ballot

**B.  Pleadings served on all parties on the attached Exhibit B:**

1.     Order (A) Approving the Disclosure Statement, (B) Scheduling a Hearing to Consider Confirmation of the Plan, (C) Establishing Voting, Objection and Other Confirmation Related Deadlines,  and (D) Approving  Forms of Ballots and Solicitation Procedures (the "Disclosure Statement Order") [Docket 526];

2.     Second Amended Disclosure Statement Relating to the Amended Chapter 11 Plan Dated September 4, 2014 in Respect of Houston Regional Sports Network, L.P. (the "Disclosure Statement") [Docket No. 529] with all exhibits;

3.     Amended Chapter 11 Plan of Reorganization dated September 4, 2014 in Respect of Houston Regional Sports Network, L.P. (the "Plan") [Docket No. 528] with all exhibits;

4.     Notice of (1) Establishment of Voting Record Date of September 4, 2014 Pursuant to Rules 3017(d) and 3018(a) of the Federal Rules Of Bankruptcy Procedure; (2) Hearing Date to Consider Confirmation of the Plan; (3) Deadline for Filing Objections to the Plan; and (4) Deadline for Submitting Ballots to Accept or Reject the Plan (the "Notice of Confirmation Hearing") [Docket No. 535];

5.     Class 5 ballot in substantially the form attached as Exhibit B to the Disclosure Statement Order; and

6.     A business-sized envelope addressed to the Balloting Agent for use by the claimant to return an executed ballot

by causing true and correct copies to be enclosed securely in separate envelopes and

delivered via Federal Express to the parties listed on Exhibits A and B attached hereto.

LUIS SALAZAR

Sworn to before me this 19 day of September, 2014

Notary Public

JANICE E. MARTIN
Notary Public, State of Texas
My Commission Expires
**August 21, 2015**

## EXHIBIT A

DACA VI, LLC[1]
1565 Hotel Circle South, Suite 310
San Diego, CA  92108

---

[1] The claim of Pulaski Academy ("Pulaski" or "Transferor") against the Debtor as listed in Schedule F of the Schedules of Assets and Liabilities was transferred and assigned by Pulaski to DACA VI, LLC ("DACA" or "Transferee").  A Notice of Transfer of Claim Other Than for Security and Waiver of Notice as filed by DACA with the Court appears at docket no. 394.

**<u>EXHIBIT B</u>**

NBC News Channel
925 Wood Ridge Center Drive
Charlotte, NC  28217