Case 13-35998   Document 640   Filed in TXSB on 09/29/14   Page 1 of 1

Case 13-35998   Document 624-1   Filed in TXSB on 09/25/2014   Page 1 of



ENTERED
09/29/2014

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

In re:

HOUSTON REGIONAL SPORTS NETWORK, L.P.,

*Debtor.*

Chapter 11

Case No. 13-35998

## ORDER GRANTING COMCAST CLAIMANTS' MOTION TO SEAL

Upon consideration, the Motion To Seal [Dkt. No. ___] filed by Houston SportNet Holdings LLC ("**Comcast Holdings**") and Comcast Sports Management Services, LLC ("**Comcast Services**", and together with Comcast Holdings, the "**Movants**" or "**Comcast Claimants**") is hereby GRANTED. It is hereby ORDERED that:

The Motion and Supporting Memorandum Seeking Estimation of Their Claim Against Houston Regional Sports Network, L.P. for Voting Purposes (the "**Estimation Motion**") may be filed under seal pursuant to the Agreed Protective Order Regarding Plan-Related Materials and Authorizing Certain Filings Under Seal [Dkt. No. 486] ("**Protective Order**"); and

Movants will provide the Court with a copy of the Estimation Motion; and

Any copies of the Estimation Motion in the Court's possession are hereby sealed.

SIGNED this 29 day of September, 2014

Marvin Isgur
United States Bankruptcy Judge

Comcast must promptly file a proposed, redacted version of the document.

WEST\249112993.1