

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/30/2014

In re:

HOUSTON REGIONAL SPORTS
NETWORK, L.P.,

                   *Debtor.*

Chapter 11

Case No. 13-35998

**ORDER GRANTING COMCAST CLAIMANTS' MOTION TO SEAL**

Upon consideration, the Motion To Seal [Dkt. No. 643] filed by Comcast Claimants[1] (the "**Movants**") is hereby GRANTED. It is hereby ORDERED that:

The Reply to the Proponents' Consolidated Brief on Estimation for Voting Purposes of Unsecured Claims of the Astros Entities and the Rockets Entities may be filed under seal pursuant to the Agreed Protective Order Regarding Plan-Related Materials and Authorizing Certain Filings Under Seal [Dkt. No. 486] ("**Protective Order**"); and

Movants will provide the Court with a copy of the Reply; and

Any copies of the Reply in the Court's possession are hereby sealed.

SIGNED this 30 day of September, 2014

Marvin Isgur
United States Bankruptcy Judge

Comcast must promptly file a proposed, redacted version of the document.

---

[1] Houston SportsNet Finance LLC, Comcast Sports Management Services, LLC, National Digital Television Center LLC d/b/a Comcast Media Center, NBCUniversal Media LLC, SportsChannel New England LLC, SportsChannel Pacific Associates, and Houston SportsNet Holdings LLC.

EAST\83202060.1