## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| HOUSTON REGIONAL SPORTS NETWORK, L.P. | § | Case No. 13-35998 |
| | § | |
| Debtor. | § | |

### EMERGENCY MOTION OF PROPONENTS TO SEAL
### PROPONENTS' BRIEF IN SUPPORT OF PROPONENTS' VALUATION

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**AN EMERGENCY HEARING ON THIS MATTER HAS BEEN REQUESTED.  IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER.  IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:**

Houston Regional Sports Network, L.P. ("HRSN" or the "Debtor"), as debtor and debtor

in possession, Houston Astros, LLC, and Rocket Ball, Ltd. (collectively, the "Proponents") file

this Emergency Motion of Proponents to Seal Proponents' Brief in Support of Proponents' Valuation (the "Motion").  In support of the Motion, the Proponents respectfully represent:

## Basis for Emergency Relief

1.      The Proponents file this Motion on an emergency basis to request authority from the Court to file, under seal, a copy of the Proponents' Brief in Support of the Proponents' Valuation (the "Proponents' Valuation Brief"), to be delivered to the Court contemporaneously with the filing of this Motion, as required under the Confirmation Briefing Deadline Order (defined below).  Consideration of the Motion on an emergency basis will allow the Proponents to ensure, as soon as possible, that the confidential and/or highly confidential materials contained in the Proponents' Valuation Brief are protected pursuant to the Protective Order (defined below).

## Jurisdiction and Venue

2.      This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue of this case and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

3.      On September 27, 2013 (the "Petition Date"), certain petitioning creditors filed a petition for involuntary bankruptcy relief pursuant to section 303 of the Bankruptcy Code.

4.      On February 4, 2014 (the "Commencement Date"), the Court entered an Order for Relief and Case Management Order.

5.      The Debtor continues to manage and operate its business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  No official committee of unsecured creditors has been appointed in this Chapter 11 case.  Further, no trustee or

examiner has been appointed in this bankruptcy case.

6.      The Debtor develops, owns and operates a regional television sports network in and around the greater Houston, Texas metropolitan area.  The network's content includes sports events involving Houston-based athletic organizations, including the Houston Astros and the Houston Rockets.

7.      The Debtor has three (3) limited partners:  Houston SportsNet Holdings, LLC, which is an affiliate of Comcast, Inc. ("Comcast Owner"); Rockets Partner, L.P. (the "Rockets"); and Astros HRSN LP Holdings LLC (the "Astros").  The Debtor's general partner is Houston Regional Sports Network, LLC (the "General Partner").

8.      On September 4, 2014, the Proponents filed the *Amended Chapter 11 Plan of Reorganization dated September 4, 2014 In Respect of Houston Regional Sports Network, L.P.* (as subsequently amended and/or modified, the "Plan") (Doc. No. 528).  Also on September 4, 2014, the Court entered the *Order (a) Approving the Disclosure Statement, (b) Scheduling a Hearing to Consider Confirmation of the Plan, (c) Establishing Voting, Objection and Other Confirmation Related Deadlines, and (d) Approving Forms of Ballots and Solicitation Procedures* (the "Disclosure Statement Order") (Doc. No. 526).

9.      Pursuant to the Disclosure Statement Order, the Proponents and the Comcast Entities[1] were required to file trial/confirmation briefs by September 29, 2014.  On September 30, 2014 the Court entered its Order Granting Emergency Motion of Houston Regional Sports Network, L.P. for Continuance of Confirmation Briefing Deadline (the "Confirmation Briefing Deadline Order") (Doc. No. 645).  The Confirmation Briefing Deadline Order extended the deadline for the Proponents and the Comcast Entities to file trial/confirmation briefs to **October 3, 2014** at **12:00 p.m. (Central)**.  At the hearing held in this case on October 2, 2014, the Court

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

(i) ordered that an evidentiary hearing on the valuation of the collateral of Comcast Lender (as defined in the Plan) would commence on October 6, 2014 at 9:00 a.m. (Central); and (ii) recommended that the trial/confirmation briefs to be submitted on October 3, 2014 at 12:00 p.m. (Central) address only the valuation of the Comcast Lender's collateral in connection with the Plan.

### Relief Requested

10.     Pursuant to the Disclosure Statement Order, the Confirmation Briefing Deadline Order, and the Court's guidance at the October 2, 2014 hearing, the Proponents will submit to the Court and the Comcast Entities, by 12 p.m. (Central) on October 3, 2014, an unredacted copy of the Proponents' Valuation Brief.     The Proponents' Valuation Brief contain certain information that has been designated as Confidential and/or Highly Confidential under the terms of the *Stipulation and Agreed Order Governing the Production and/or Disclosure of Confidential Plan Documents and Discovery Materials and Authorizing the Filing of Certain Documents Under Seal* (the "Protective Order") (Doc. No. 492).

11.     By this Motion, pursuant to Section 107(b)(1) of the Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure, the Proponents request that the Court authorize the filing of the Proponents' Valuation Brief under seal.

12.     Paragraph 19 of the Protective Order provides that information designated as "Confidential" or "Highly Confidential" under the terms of the Protective Order be submitted to the Court under seal.  As stated above, the Proponents will submit an unredacted version of the Proponents' Valuation Brief to the Court and the Comcast Entities.  If the Court grants the Motion, the Proponents will, upon approval from the Comcast Entities pursuant to paragraph 19 of the Protective Order, promptly file a proposed, redacted version of the Proponents' Valuation Brief on the docket.  To protect the confidentiality of the information designated as Confidential

and/or Highly Confidential, the Proponents request that the unredacted version of the Proponents' Valuation Brief submitted to the Court be kept under seal pursuant to the Protective Order.

WHEREFORE the Proponents respectfully request the entry of an order granting the relief requested herein and such other and further relief as is just and proper.

Dated:  October 3, 2014
        Houston, Texas

HAYNES AND BOONE, LLP

By:     /s/ Charles A. Beckham, Jr.
        Charles A. Beckham, Jr.
        Texas Bar No. 02016600
        Henry Flores
        Texas Bar No. 00784062
        Christopher L. Castillo
        Texas Bar No. 24065022
        1221 McKinney Street, Suite 2100
        Houston, Texas 77010
        Telephone:    (713) 547-2000
        Facsimile:     (713) 547-2600
        Email: charles.beckham@haynesboone.com
        Email: henry.flores@haynesboone.com
        Email: christopher.castillo@haynesboone.com

*Counsel to Debtor and Debtor in Possession*

MITHOFF LAW FIRM
Richard Warren Mithoff
Sherie Potts Beckman
One Allen Center, Penthouse
500 Dallas Street
Houston, Texas  77002-4800
Telephone:      (713) 654-1122
Facsimile:       (713) 739-8085

WHITE & CASE LLP
Alan Shore Gover
Ian J. Silverbrand (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, New York  10036-2787
Telephone:        (212) 819-8200
Facsimile:         (212) 354-8113

Roberto J. Kampfner (admitted *pro hac vice*)
633 West Fifth Street, Suite 1900
Los Angeles, California  90071-2007
Telephone:        (213) 620-7700
Facsimile:         (213) 452-2329

*Counsel for Rocket Ball, Ltd.*

| | |
|---|---|
| VINSON & ELKINS LLP | KIRKLAND & ELLIS LLP |
| Harry A. Perrin | Paul M. Basta, P.C. (admitted *pro hac vice*) |
| Duston K. McFaul | David S. Meyer (admitted *pro hac vice*) |
| 1001 Fannin Suite 2500 | 601 Lexington Avenue |
| Houston, Texas 77002 | New York, New York 10022 |
| Telephone:      (713) 758-2548 | Telephone:      (212) 446-4800 |
| Facsimile:      (713) 615-5016 | Facsimile:      (212) 446-4900 |

Jeffrey S. Powell (admitted *pro hac vice*)
Judson D. Brown (admitted *pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:      (202) 879-5000
Facsimile:      (202) 879-5200

*Counsel for Houston Astros, LLC*

### Certification of Accuracy Pursuant to Local Rule 9013-1(i)

Pursuant to Local Rule 9013-1(I), undersigned counsel hereby certifies the accuracy of the facts set forth in the foregoing Motion.

*/s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.