

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/20/2014

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| HOUSTON REGIONAL SPORTS NETWORK, L.P. | § | Case No. 13-35998 |
| | § | |
| Debtor. | § | |

**ORDER GRANTING EMERGENCY MOTION OF HOUSTON REGIONAL SPORTS NETWORK, L.P. FOR CONTINUANCE OF HEARING TO CONSIDER CONFIRMATION OF SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEMBER 30, 2014 IN RESPECT OF HOUSTON REGIONAL SPORTS NETWORK, L.P.**
(Related to Doc. No. ___)

Upon the Emergency Motion of Houston Regional Sports Network, L.P. (the "Motion") for Continuance of Hearing to Consider Confirmation of the Second Amended Chapter 11 Plan of Reorganization Dated September 30, 2014 In Respect of Houston Regional Sports Network, L.P. (the "Plan") (Doc. No. 650);[1] and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and upon the record herein; and after due deliberation and sufficient cause appearing therefor:

IT IS HEREBY ORDERED:

1. The Motion is GRANTED.

2. The hearing to consider confirmation of the Plan is continued from October 21, 2014 at 9:00 a.m. (Central) to October 22, 2014 at 10:45 a.m. (Central).

3. The parties may by agreement alter the various pre-trial dates set forth in the Stipulated Scheduling Order [Doc. No. 498].

Signed:
October 20, 2014

_____
Marvin Isgur
United States Bankruptcy Judge

SIGNED this ___ day of _____, 2014.

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE