

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/30/2014

| | |
|---|---|
| IN RE: § | |
| HOUSTON REGIONAL SPORTS § | CASE NO: 13-35998 |
| NETWORK, L.P. § | |
|    Debtor(s) § | |
| § | CHAPTER 11 |

## ORDER CONFIRMING PLAN

For the reasons set forth orally on the record on October 30, 2014, the Third Amended Chapter 11 Plan of Reorganization dated October 29, 2014 in Respect of Houston Regional Sports Network, L.P. is confirmed.

1. For avoidance of doubt, the liens against the Debtor's furniture, fixtures and equipment remain in place until the holder of the lien has received the furniture, fixtures and equipment, or the cash proceeds of the sale of the furniture, fixtures, and equipment.

2. Article XIV of the Plan:

    A. Is effective as to all consenting parties, according to its terms;

    B. Is effective as to non-consenting parties to the maximum extent allowed by applicable law.

3. To the maximum extent allowed by law, the Court retains post-confirmation jurisdiction to determine whether a claim or cause of action that may be asserted is governed by Article XIV.

4. The Court will issue an additional order regarding confirmation of the plan that contains authorizations and decrees that are consistent with the confirmed plan. A hearing on that additional order will be conducted on October 31, 2014 at 2:00 p.m.

5. This is a final order.

6. A copy of the confirmed plan is filed at ECF #772.

SIGNED **October 30, 2014.**

                                                              Marvin Isgur
                                     UNITED STATES BANKRUPTCY JUDGE