

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/31/2014

| | | |
|---|---|---|
| IN RE: | § | |
| HOUSTON REGIONAL SPORTS | § | CASE NO: 13-35998 |
| NETWORK, L.P. | § | |
|    Debtor(s) | § | |
| | § | CHAPTER 11 |

### ORDER SETTING PRELIMINARY HEARING

The Court will conduct a preliminary hearing on Comcast's motion for stay pending appeal at 2:00 p.m. on October 31, 2014. Parties may attend by telephone.

Since advising Comcast on October 30, 2014 that the Court would seriously consider a motion for stay pending appeal, the Court has contemplated the issues that pertain in motions for stay pending appeal.

In considering whether Comcast has a likelihood of success on the merits, the Court is concerned that a stay could result in the failure of the network, and the termination of the media rights agreements with the Astros and the Rockets. In that event, the Court assumes that the appeal would be mooted, and that no decision on the merits would be reached. If this scenario is correct, there would never be a decision on the merits of the appeal. Indeed, it seems more likely that the merits would be considered if confirmation is *not* stayed than if it is stayed. The Court recognizes that this is an unusual problem, and wants to determine how the parties would like to address this concern.

At the hearing on the motion for stay, the Court will also require a better understanding of the relative harm to the parties.

SIGNED **October 31, 2014.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE