IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Civil Action No. _____ |
| HOUSTON REGIONAL SPORTS § | |
| NETWORK, L.P. § | |
| § | Adversary Case 13-35998 |
| Debtor. § | |

**Comcast Corporation et al**
**Appellants**

### NOTICE OF RELATED APPEAL

On October 30, 2014, the Comcast Claimants filed a notice of appeal under 28 U.S.C. § 158(a) from the order [Dkt. 778] (the "Confirmation Order") confirming the Third Amended Chapter 11 Plan of Reorganization In Respect Of Houston Regional Sports Network, L.P. Previous appeals from this bankruptcy case are as follows:

- Case No. 4:14-cv-00304, Notice of Appeal filed February 7, 2014 by Houston Astros, LLC, Astros HRSN GP Holdings LLC and Astros HRSN LP Holdings LLC (collectively, "the Astros"), which appealed the bankruptcy court's oral order entered on February 4, 2014 in the above-captioned adversary proceeding. This prior appeal was assigned to the Honorable Lynn Hughes, United States District Court for the Southern District of Texas.

- Case No. 4:14-cv-00883, Notice of Appeal filed April 4, 2014 by Houston Baseball Partners LLC ("Houston Baseball Partners"), which appealed the bankruptcy court's order (Docket No. 84) regarding the Bankruptcy Court's jurisdiction entered on May 22, 2014 in the above-captioned adversary proceeding. This prior appeal was assigned to the Honorable Lynn Hughes, United States District Court for the Southern District of Texas.

- Case No. 4:14-cv-02346, Notice of Appeal filed August 5, 2014 by McLane Champions, LLC and Drayton R McLane, which appealed the bankruptcy court's order (Docket No. 128) regarding the bankruptcy court's exercise of jurisdiction entered on July 23, 2014 in the above-captioned adversary proceeding. This prior appeal was assigned to Honorable Lynn Hughes, United States District Court for the Southern District of Texas.

- Case No. 4:14-cv-2348, Notice of Appeal filed August 5, 2014 by Comcast Corporation and NBCUniversal Media, LLC, which appealed the bankruptcy court's order (Docket No. 128) regarding the bankruptcy court's exercise of jurisdiction entered on July 23,

2014 in the above-captioned adversary proceeding. This prior appeal was assigned to Honorable Lynn Hughes, United States District Court for the Southern District of Texas.

Under the "Sixth Amended Division of Work Order" dated October 29, 2014 (General Order 2014-12), the recent appeal filed by the Comcast Claimants should be assigned to Judge Hughes.  Paragraph 26 of that Second Amended Division of Work Order provides that an initial appeal from a bankruptcy case will be randomly assigned to one of the district judges for the Southern District of Texas, but that "[a]ll later bankruptcy matters associated with that bankruptcy case will be assigned to the district judge who handled the initial bankruptcy matter, whether the initial matter is open or closed."  Accordingly, pursuant to the Sixth Amended Division of Work Order, Debtor Houston Regional Sports Network, L.P. requests that the appeal filed by the Comcast Claimants be assigned to Judge Hughes.

 Dated: October 31, 2014

Respectfully submitted,

**HAYNES AND BOONE, LLP**

*/s/ Lynne Liberato*
Charles A. Beckham, Jr.
Texas Bar No. 02016600
Lynne Liberato
Texas Bar No. 00000075
Henry Flores
Texas Bar No. 00784062
Christopher L. Castillo
Texas Bar No. 24065022
William Feldman
Texas Bar No. 24081715
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Fax: (713) 547-2600
charles.beckham@haynesboone.com
lynne.liberato@haynesboone.com
henry.flores@haynesboone.com
christopher.castillo@haynesboone.com
william.feldman@haynesboone.com

*Counsel to Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2014, a copy of Houston Regional Sports Network, L.P.'s Notice of Related Appeal was served via ECF notification to all parties authorized to receive electronic notice in this case.

*/s/ Lynne Liberato*
Lynne Liberato