

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/31/2014

| | | |
|---|---|---|
| IN RE: | § | |
| HOUSTON REGIONAL SPORTS | § | CASE NO: 13-35998 |
| NETWORK, L.P. | § | |
|    Debtor(s) | § | |
| | § | CHAPTER 11 |

### ORDER DENYING MOTION FOR STAY PENDING APPEAL

For the reasons set forth on the record, Comcast's motion for stay pending appeal is denied.

SIGNED **October 31, 2014.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE