IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COMCAST CLAIMANTS, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Case No. 14-3133 |
| | ) | |
| HOUSTON REGIONAL SPORTS NETWORK, L.P., et al., | ) ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| HOUSTON REGIONAL SPORTS NETWORK, L.P. | ) ) | Chapter 11 |
| | ) | Case No. 13-35998 |
| Debtor. | ) | |
| | ) | |

**APPELLEES' CROSS-DESIGNATION
OF THE CONTENTS OF THE RECORD**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Houston Regional Sports Network, L.P. (the "Network" or the "Debtor"), Houston Astros, LLC, and Rocket Ball, Ltd. (collectively, the "Proponents") file this Cross-Designation of the Contents of the Record regarding Notice of Appeal filed on October 30, 2014 in the above-captioned case.

**I.    EXHIBITS ADMITTED INTO EVIDENCE DURING CONFIRMATION HEARING**

In addition to the exhibits identified in Comcast Claimants' Designation of the Record on Appeal [Docket No. 780], the Proponents also designate Plan Proponents Exhibit 153 which was admitted into evidence. *See* Oct. 6, 2014 Tr. [Dkt. 694] at 8:22-9:19, Oct. 22, 2014 Tr. [Dkt. 764] at 57:3-10 (admitting Plan Proponents 1-158 and Comcast 1-205 into evidence).

| Exhibit Number | Date | Bates Number |
|---|---|---|
| Plan Proponents 153 | 1/1/2014 | Team Calculation Worksheets |

## II. DOCKET ENTRIES FROM CASE NO. 13-35998

In addition to the docket entries identified in Comcast Claimants' Designation of the Record on Appeal [Docket No. 780], the Proponents also designate the following docket entries from the main bankruptcy case No. 13-35998.[1]

| Docket Number | Date | Document Title |
|---|---|---|
| 125 | 10/27/2013 | Notice of Filing Witness and Exhibit List for October 28, 2013 Hearing. Filed by Astros HRSN GP Holdings LLC, Astros HRSN LP Holdings LLC (McFaul, Duston) (Entered: 10/27/2013) |
| 599 | 09/19/2014 | Affidavit Re: Supplemental Affidavit of Service of Ballots and Solicitation Packages (Filed By Houston Regional Sports Network, L.P.). (Beckham, Charles) (Entered: 09/19/2014) |
| 692 | 10/08/2014 | Transcript RE: Confirmation Hearing held on October 6, 2014 before Judge Marvin Isgur. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 01/6/2015. (mhen) (Entered: 10/08/2014) |
| 791 | 10/31/2014 | Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Third Amended Chapter 11 Plan of Reorganization Dated October 29th 2014. Order Signed on 10/31/2014 (Attachments: # 1 Exhibit Final Plan of Reorganization # 2 Exhibit 2 - Confirmation Notice) (mrios) (Entered: 10/31/2014) |
| 792 | 11/01/2014 | Transcript RE: #772 - Closing Confirmation Arguments held on October 30, 2014 before Judge Marvin Isgur. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 01/30/2015. (mhen) (Entered: 11/01/2014) |

---

[1] As clarification, Comcast Claimants incorrectly identified the case number for docket designations in their October 30, 2014 Designation of the Record on Appeal [Docket No. 780]. In Section III, Comcast Claimants designate "Docket Entries from Adv. Pro. No. 13-35998"—but the correct case number is Adv. Pro. 13-03325. In Section IV, Comcast Claimants designate "Docket Entries from Adv. Pro. No. 13-03325"—but those docket entries are from the main bankruptcy proceeding, No. 13-35998.

| Docket Number | Date | Document Title |
|---|---|---|
| 793 | 11/01/2014 | Transcript RE: Motion Hearing held on October 31, 2014 before Judge Marvin Isgur. Transcript is available for viewing in the Clerk's Office. Filed by Transcript access will be restricted through 01/30/2015. (mhen) (Entered: 11/01/2014) |
| 798 | 11/03/2014 | Findings of Fact, Conclusions of Law, and Order Confirming Third Amended Plan Signed on 11/3/2014 (adol) (Entered: 11/03/2014) |
| 807 | 11/05/2014 | Notice of Entry of Order Confirming the Debtor's Third Amended Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code. (Related document(s):778 Order Confirming Chapter 11 Plan, 791 Generic Order) Filed by Houston Regional Sports Network, L.P. (Beckham, Charles) (Entered: 11/05/2014) |

### III. DEPOSITION TESTIMONY DESIGNATED FROM CONFIRMATION HEARING

The Proponents understand that Comcast Claimants intended to designate all of the deposition testimony that was admitted into evidence at the Confirmation Hearing on October 6 and October 22, 2014. Nonetheless, out of an abundance of caution, the Proponents hereby designate the following deposition testimony that was admitted into evidence on October 6, 2014 hearing. *See* Oct. 6, 2014 Tr. [Dkt. 694] at 59:22-62:6.

| Deposition Date | Deponent |
|---|---|
| September 10, 2014 | Stone, Rafael |
| September 12, 2014 | Barradas, Margaret |
| September 12, 2014 | York, Dan |
| September 15, 2014 | Kibbe, Giles |
| September 16, 2014 | Newman, Eric |
| September 17, 2014 | Crumb, Patrick |
| September 19, 2014 | Litner, Jon |
| September 22, 2014 | Pick, Robert |
| September 22, 2014 | Rutledge, Johnathan |
| September 23, 2014 | Bond, Matt |
| September 23, 2014 | Goldstein, Gregg |
| September 23, 2014 | Smith, Ryan |
| September 24, 2014 | Knag, Peter |
| September 25, 2014 | Slator, Aaron |

| **Deposition Date** | **Deponent** |
|---|---|
| September 26, 2014 | Ruth, John |
| September 30, 2014 | Brown, Thaddeus |
| October 1, 2014 | Tully, Chris |
| October 2, 2014 | Newman, Eric |

Further, out of an abundance of caution, the Proponents hereby designate the following deposition testimony that was admitted into evidence on October 22, 2014. *See* Oct. 22, 2014 Tr. [Dkt. 764] at 61:10-62:10.[2]

| **Deposition Date** | **Deponent** |
|---|---|
| September 10, 2014 | Stone, Rafael |
| September 12, 2014 | Barradas, Margaret |
| September 12, 2014 | York, Dan |
| September 15, 2014 | Kibbe, Giles |
| September 16, 2014 | Newman, Eric |
| September 17, 2014 | Crane, James |
| September 17, 2014 | Crumb, Patrick |
| September 19, 2014 | Litner, Jon |
| September 22, 2014 | Pick, Robert |
| September 22, 2014 | Rutledge, Johnathan |
| September 23, 2014 | Bond, Matt |
| September 24, 2014 | Knag, Peter |
| September 25, 2014 | Slator, Aaron |
| September 26, 2014 | Ruth, John |
| September 30, 2014 | Brown, Thaddeus |
| October 1, 2014 | Barron, Seth |
| October 1, 2014 | Tully, Chris |
| October 7, 2014 | Koenig, William |
| October 17, 2014 | McLane, R. Drayton |

---

[2] As clarification, Comcast Claimants incorrectly identified the designation of deposition testimony for Steven Zelin and Leon Szlezinger, however no designations were offered or admitted into evidence from either of those depositions.

Dated: November 13, 2014
       Houston, Texas

HAYNES AND BOONE, LLP

By: */s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.
Henry Flores
Lynne Liberato
Christopher L. Castillo
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600

*Counsel to Debtor and Debtor in Possession*

Richard Warren Mithoff, Esq.
Sherie Potts Beckman, Esq.
MITHOFF LAW
One Allen Center – Penthouse
500 Dallas Street
Houston, Texas 770002-4800
Telephone: (713) 654-1122
Facsimile: (713) 739-8085

Alan S. Gover
Ian J. Silverbrand (pro hac vice)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Roberto J. Kampfner, Esq. (pro hac vice)*
WHITE & CASE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Telephone: (213) 620-7729
Facsimile: (213) 452-2329

*Counsel for Rocket Ball, Ltd*

Harry Perrin
Duston K. McFaul
VINSON & ELKINS LLP
1001 Fannin Suite 2500
Houston, Texas 77002
Telephone: (713) 758-2548
Facsimile: (713) 615-5016

Paul M. Basta, P.C. (*pro hac vice*)
David S. Meyer. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Jeffrey S. Powell (*pro hac vice*)
Judson D. Brown (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel for Houston Astros, LLC*