HAYNES AND BOONE, LLP
Charles A. Beckham, Jr.
Texas Bar No. 02016600
Henry Flores
Texas Bar No. 00784062
Christopher L. Castillo
Texas Bar No. 24065022
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Fax: (713) 547-2600
charles.beckham@haynesboone.com
henry.flores@haynesboone.com

*Counsel to Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re | Chapter 11 |
| HOUSTON REGIONAL SPORTS NETWORK, L.P. | Case No. 13-35998 |
| Debtor. | |

**NOTICE OF (A) ENTRY OF ORDERS**
**CONFIRMING THE DEBTOR'S THIRD AMENDED PLAN OF**
**REORGANIZATION PURSUANT TO CHAPTER 11 OF THE**
**BANKRUPTCY CODE AND (B) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that orders [Dkt. 778, 791] (collectively, the "Confirmation Order") confirming the Debtor's *Third Amended Chapter 11 Plan of Reorganization Dated October 29, 2014 in Respect of Houston Regional Sports Network, L.P.* (the "Plan"), were entered by the Honorable Marvin Isgur, United States Bankruptcy Judge, and docketed by the Clerk of the United States Bankruptcy Court for the Southern District of Texas (the "Court") on October 30 and 31, 2014.  Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and the related documents, are available on the Court's website at http://www.txs.uscourts.gov/.

To access the Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on November 17, 2014.

PLEASE TAKE FURTHER NOTICE that, except as otherwise provided in the Plan, the Confirmation Order, or any other applicable order of the Court, all requests for payment of an Administrative Claim accrued on or before the Effective Date must be made in writing, conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules for the United States Bankruptcy Court of the Southern District of Texas (the "Local Bankruptcy Rules"), be filed with the Court, and served on the Proponents, as applicable, so as to be received **no later than December 15, 2014** (the "Administrative Claims Bar Date"). Holders of Administrative Claims that are required to, but do not, file and serve a request for payment of such Administrative Claims by the Administrative Claims Bar Date shall be forever barred, estopped and enjoined from asserting such Administrative Claims against the Debtor, the Reorganized Debtor, or their assets or properties, and such Administrative Claims shall be deemed discharged as of the Effective Date.

PLEASE TAKE FURTHER NOTICE that, except as otherwise provided in the Plan, the Confirmation Order, or any other applicable order of the Court, all requests for payment of claims created by the rejection of executory contracts and unexpired leases or the expiration or termination of any executory contract or unexpired lease prior to the Confirmation Date ("Rejection Damages Claims") must be made in writing, conform to the Bankruptcy Rules and the Local Bankruptcy Rules, be filed with the Court, and served on the Disbursing Agent: (a) in the case of an executory contract or unexpired lease rejected by the Debtor prior to the Confirmation Date, in accordance with the order rejecting such executory contract or unexpired lease; or (b) in the case of an executory contract or unexpired lease that (i) was terminated or expired by its terms prior to the Confirmation Date; or (ii) is rejected pursuant to the Plan, no later than thirty days after the Confirmation Date. Holders of Rejection Damages Claims that are required to, but do not, file and serve a request for payment of such Rejection Damages Claims by the applicable deadline shall be forever barred, estopped and enjoined from asserting such Rejection Damages Claims against the Debtor, the Reorganized Debtor, or their assets or properties, and such Rejection Damages Claims shall be deemed discharged as of the Effective Date.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtor, the Reorganized Debtor, any Holder of a Claim against, or Limited Partnership Interest in, the Debtor and such Holder's respective successors and assigns, whether or not the Claim or Limited Partnership Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

Dated:  November 17, 2014

*/s/ Charles A. Beckham, Jr.*

**HAYNES AND BOONE, LLP**

Charles A. Beckham, Jr.
Texas Bar No. 02016600
Henry Flores
Texas Bar No. 00784062
Christopher L. Castillo
Texas Bar No. 24065022
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Fax: (713) 547-2600
Email: charles.beckham@haynesboone.com
Email: henry.flores@haynesboone.com

***Counsel to Debtor and Debtor in Possession***