UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re<br><br>HOUSTON REGIONAL SPORTS<br>NETWORK, L.P.<br><br>                Debtor. | Chapter 11<br><br>Case No. 13-35998 |

**STIPULATION EXTENDING DEADLINE TO OBJECT TO CONTINGENT AND UNLIQUIDATED ADMINISTRATIVE CLAIMS FILED BY ASTROS ENTITIES, ROCKETS ENTITIES AND COMCAST ENTITIES**

1.  On October 30 and 31, 2014, this Court entered orders [Dkt. 778, 791] (collectively, the "Confirmation Order") confirming the Debtor's *Third Amended Chapter 11 Plan of Reorganization Dated October 29, 2014 in Respect of Houston Regional Sports Network, L.P.* (the "Plan"). Unless otherwise defined in this Stipulation, capitalized terms are defined in the Plan and the Confirmation Order.

2.  The Effective Date of the Plan occurred on November 17, 2014.

3.  Under the Plan, Conway MacKenzie, Inc. has been appointed to serve as the Disbursing Agent that will administer the allowance process and make distributions to certain claimants, including Holders of Administrative Claims.

4.  The Plan set December 15, 2014 (the "Administrative Claims Bar Date"), as the deadline to file requests for payment of Administrative Claims accrued on or before the Effective Date.

5.  Under Section 5.2(c) of the Plan, the deadline to object to timely-filed Administrative Claims is 60 days from the later of (a) the Effective Date, or (b) the date of

15028473_1

service of notice of underlying Administrative Claims. Accordingly, the deadline to object to Administrative Claims filed on or before the Administrative Claims Bar Date is February 13, 2015.

6. Houston Astros, LLC, and certain affiliates (collectively, the "Astros Entities") timely filed the following Administrative Claims (collectively, the "Astros Entity Administrative Claims"):

| Astros Entity | Dkt. No. |
|---|---|
| Houston Astros, LLC | 858 |
| HRSN LP Holdings, LLC | 859 |
| Jim Crane | 860 |
| Giles Kibbe | 861 |

7. Rocket Ball, Ltd., and certain affiliates (collectively, the "Rockets Entities") timely filed the following Administrative Claims (collectively, the "Rockets Entity Administrative Claims"):

| Rockets Entity | Dkt. No. |
|---|---|
| Rocket Ball, Ltd. | 862 |
| Clutch City Sports & Entertainment, L.P. | 863 |
| Rockets Partner, L.P. | 864 |
| JTA Sports, Inc. | 865 |
| Tad Brown | 866 |

8.      Comcast Corporation and certain affiliates (collectively, the "Comcast Entities") timely filed the following Administrative Claims (collectively, the "Comcast Entity Administrative Claims"):

| Claimant | Claim No. |
|---|---|
| SportsChannel New England, LLC | 48 |
| Comcast SportsNet California, LLC | 49 |
| National Digital Television Center (d/b/a Comcast Media Center) | 50 |
| Comcast Cable Communications, LLC | 51 |
| NBC Universal Media LLC | 52 |
| Houston SportsNet Holdings LLC, on behalf of itself and certain other parties | 53 |
| Jon D. Litner | 54 |
| Comcast Sports Management Services, LLC on behalf of itself and certain other parties | 55 |
| Comcast Corporation | 56 |
| John C. Ruth | 57 |
| Houston SportsNet Finance, LLC | 58 |

9.      The Astros Entity Administrative Claims, the Rockets Entity Administrative Claims, and the Comcast Entity Administrative Claims include certain unliquidated and contingent components that might become liquidated and non-contingent in the future, based on the outcome of potential litigation and other factors.

10.     To avoid the potential delay and cost associated with estimating or determining unliquidated or contingent claims at this time, the Astros Entities, the Rockets Entities, the Comcast Entities and the Disbursing Agent (collectively, the "Parties") hereby stipulate as follows: (a) the Parties' deadline to object to the contingent and/or unliquidated portions of the Astros Entity Administrative Claims, the Rockets Entity Administrative Claims, or the Comcast

Entity Administrative Claims is abated; (b) any Party can terminate this abatement by filing and serving a notice in the Bankruptcy Court (the "Notice"); and (c) the relevant Party or Parties will have thirty (30) days from the date of filing of the Notice to object to the relevant Administrative Claim(s).

11. All of the Parties' respective rights regarding any Administrative Claims are reserved.

Dated: February 13, 2015

*/s/ Charles A. Beckham, Jr.*
**HAYNES AND BOONE, LLP**
Charles A. Beckham, Jr.
Texas Bar No. 02016600
Henry Flores
Texas Bar No. 00784062
Kelli Stephenson
Texas Bar No. 24070678
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Fax: (713) 547-2600
Email: charles.beckham@haynesboone.com
Email: henry.flores@haynesboone.com

*Counsel to Disbursing Agent*

*/s/ David S. Meyer*
Paul M. Basta, P.C. (*pro hac vice*)
David S. Meyer (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Paul.basta@kirkland.com
David.meyer@kirkland.com

Jeffrey S. Powell (*pro hac vice*)
Judson Brown (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 879-5000

Facsimile:   (202) 879-5200
Jeff.powell@kirkland.com
jdbrown@kirkland.com

*and*

Harry A. Perrin
Duston K. McFaul
**VINSON & ELKINS LLP**
1001 Fannin, Suite 2500
Houston, Texas  77002
Telephone:   (713) 758-2548
Facsimile:    (713) 615-5016
hperrin@velaw.com
dmcfaul@velaw.com

*Counsel for Astros Entities*

*and*

**WHITE & CASE LLP**

*/s/ Alan Shore Gover*
Alan Shore Gover
Ian J. Silverbrand (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212)819-8200
Facsimile:  (212) 354-8113

Roberto J. Kampfner (admitted *pro hac vice*)
633 West Fifth Street, Suite 1900
Los Angeles, California 90071-2007
Telephone:  (213) 620-7700
Facsimile:    (213) 452-2329

*Counsel for Rockets Entities*

*and*

/s/ Vincent P. Slusher
Vincent P. Slusher
Andrew Zollinger
**DLA PIPER LLP (US)**
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
(214) 743-4500

Arthur J. Burke
Timothy Graulich
Elliot Moskowitz
Dana M. Seshens
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Howard M. Shapiro
Craig Goldblatt
**WILMER CUTLER PICKERING HALE AND CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
(202) 663-6000

George W. Shuster, Jr.
Sanket J. Bulsara
**WILMER CUTLER PICKERING HALE AND CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800

*Counsel for Comcast Entities*