

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/31/2019

| | | |
|---|---|---|
| IN RE: | § | |
| HOUSTON REGIONAL SPORTS | § | CASE NO: 13-35998 |
| NETWORK, L.P. | § | |
|    Debtor(s) | § | |
| | § | CHAPTER 11 |

### ORDER

For the reasons set forth in the Memorandum Opinion issued on this date, the question that must be answered on remand from the Fifth Circuit is:

"Was the Affiliation Agreement between Comcast and the Network of inconsequential value as of the petition date, based on the proposed use or disposition of the Affiliation Agreement under the confirmed Plan?"

SIGNED **July 31, 2019.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE